1

2

3                                                                  O

4

5                                              JS - 6

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  RTED AMERICA, LLC,                )  Case No. CV 15-06037 DDP (MRWx)
                                       )
12                  Plaintiff,         )
                                       )  **ORDER REMANDING CASE FOR LACK OF**
13       v.                            )  **SUBJECT MATTER JURISDICTION**
                                       )
14  MANUEL TAUCEDA & MARIE E.          )
    TAUCEDA,                           )
15                                     )
                    Defendants.        )
16                                     )
    _____    )
17

18       Plaintiff filed an unlawful detainer complaint against

19  Defendants in state court on July 8, 2015.  Defendants removed the

20  action to this court on August 10, 2015 on the basis of federal

21  question jurisdiction.  It appears, however, that there is no

22  federal subject matter jurisdiction in this action.  Plaintiff's

23  unlawful detainer complaint raises only issues of state law, and

24  the amount in controversy does not appear to exceed $75,000.

25       District courts have original jurisdiction over "all civil

26  actions arising under the Constitution, laws, or treaties of the

27  United States.  28 U.S.C. § 1331.  Though Defendants assert A

28  federal defense, "[u]nder the longstanding well-pleaded complaint

1  rule, . . . a suit 'arises under' federal law only when the

2  plaintiff's statement of his own cause of action shows that it is

3  based upon federal law."  <u>Vaden v. Discover Bank</u>, 556 U.S. 49, 60

4  (2009) (quotation, citation, and alteration omitted).  "Federal

5  law" cannot be predicated on a defense or counterclaim.  <u>Id.</u>

6  Defenses based on federal law are, therefore, insufficient to

7  create federal jurisdiction.  <u>See</u> <u>HSBC Bank USA v. Santiago</u>, No. CV

8  10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011).

9       This court lacks subject matter jurisdiction over Plaintiff's

10  complaint, and therefore remands this case to state court.

11

12  IT IS SO ORDERED.

13

14

15  Dated: August 28, 2015

16                                    DEAN D. PREGERSON
                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28